UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DOORDASH, INC.,**<br><br>Defendant | **Case No. 6:20-cv-00764**<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER GRANTING
DEFENDANT DOORDASH, INC.'S MOTION TO DISMISS**

Before the Court is DoorDash, Inc.'s Motion to Dismiss for Failure to State a Claim. After considering the Motion, the briefing, and the argument of the parties, the Court finds that the Motion should be and is **GRANTED**.

**IT IS SO ORDERED**