# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC**<br><br>Plaintiff<br><br>v.<br><br>**DOORDASH, INC.**<br><br>Defendant | Case No. 6:20-cv-00764-ADA<br><br>JURY TRIAL DEMANDED |

## CASE READINESS STATUS REPORT

Plaintiff GreatGigz Solutions, LLC ("Plaintiff") hereby provides the following status report in advance of the Case Management Conference ("CMC").

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on August 21, 2020 [Dkt. No. 1]. There have been two extensions for a total of seventy-five (75) days for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. Plaintiff filed a First Amended Complaint on November 16, 2020 [Dkt. No. 13] thereby mooting Defendant's motion to dismiss [Dkt. No. 12].

## RESPONSE TO THE COMPLAINT

Defendant filed a motion to dismiss pursuant to FRCP 12(b)(6) on November 2, 2020 [Dkt. No. 12]. Plaintiff filed a First Amended Complaint on November 16, 2020 [Dkt. No. 13] thereby mooting Defendant's motion to dismiss [Dkt. No. 12].

## PENDING MOTIONS

To date, the only pending motion is Defendant's motion to dismiss pursuant to FRCP 12(b)(6) [Dkt. No. 12]. Plaintiff filed a First Amended Complaint on November 16, 2020 [Dkt. No. 13] thereby mooting Defendant's motion to dismiss [Dkt. No. 12].

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are seven (7) other active cases filed by Plaintiff on one or more of the asserted patents. These include the following:

| Case | Case Filing Date |
|---|---|
| GreatGigz Solutions, LLC v. Angie's List, 6:20-cv-00633 | July 14, 2020 |
| GreatGigz Solutions, LLC v. Grubhub Inc., 6:20-cv-00628 | July 13, 2020 |
| GreatGigz Solutions, LLC v. Maplebear Inc. d/b/a Instacart, 6:20-cv-00737 | August 14, 2020 |
| GreatGigz Solutions, LLC v. Lyft, Inc.  6:20-cv-00651 | July 17, 2020 |
| GreatGigz Solutions, LLC v. HEB Grocery Company, LP; H-E-B, LP; and H.E.B., Inc., 6:20-cv-00934 | October 08, 2020 |

| | |
|---|---|
| GreatGigz Solutions, LLC v. Freelancer, 6:20-cv-00738 | August 14, 2020 |
| GreatGigz Solutions, LLC v. Neighborfavor, Inc., 6:20-cv-00935 | October 8, 2020 |

## IPR, CBM, AND OTHER PGR FILINGS

To date, there are no IPR, CBM or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

To date, Plaintiff has asserted four patents and four claims against Defendant.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties do not request appointment of a technical advisor to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference on November 13, 2020. Defendant has indicated that it plans to move to transfer this case to the Northern District of California and plans to move to dismiss all claims under 35 U.S.C. § 101. Given the recent *In re Apple, Inc.* case advising that judicial economy requires that transfer motions be decided before the merits, Defendant will file its transfer motion first. Defendant is also considering other motions based on its position that it does not believe the complaint states a cognizable claim.

...

| | |
|---|---|
| Dated: November 17, 2020 | Respectfully Submitted |

*/s/ Thomas G. Fasone III*
Thomas G. Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400


Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**