UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GREATGIGZ SOLUTIONS, LLC, § § Plaintiff § § v. § § DOORDASH, INC. § § Defendant | Case No. 6:20-cv-0000764 JURY TRIAL DEMANDED |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**

Defendant DoorDash, Inc. ("Defendant"), without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, moves to extend the time to answer, object to, move, or otherwise respond to Plaintiff GreatGigz Solutions, LLC's ("Plaintiff") amended complaint to and including December 21, 2020. This is a one-week extension. This motion is not made for delay, but only to permit orderly resolution and allow for the facilitation of additional discussions with the Plaintiff. There have been two other extensions requested by Defendant as to the amended complaint, and they were for two weeks total.

Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff is not opposed to the extension of time sought by this motion

Dated: December 14, 2020               Respectfully submitted,

                                       By: /s/ Rex A. Mann
                                       Rex A. Mann
                                       Texas Bar No. 24075509
                                       WINSTON & STRAWN LLP
                                       2121 N. Pearl St., Suite 900
                                       Dallas, Texas 75201
                                       Telephone:  (214) 453-6500
                                       Fax No.:  (214) 453-6400
                                       rmann@winston.com

                                       Kathi Vidal *(Admitted Pro Hac Vice)*
                                       California Bar No. 194971
                                       WINSTON & STRAWN LLP
                                       275 Middlefield Road Suite 205
                                       Menlo Park, California 94025
                                       Telephone:  (650) 858-6500
                                       Fax No.:  (650) 858-6550
                                       kvidal@winston.com

                                       ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 14, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                       /s/ Rex A. Mann
                                       Rex A. Mann