# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GREATGIGZ SOLUTIONS, LLC, § § | |
| Plaintiff § § | Case No. 6:20-cv-0000764 |
| v. § § | JURY TRIAL DEMANDED |
| § § | |
| DOORDASH, INC. § | |
| Defendant | |

## DEFENDANT'S AGREED MOTION TO STAY ALL DEADLINES PENDING SETTLEMENT

Defendant DoorDash, Inc. ("Defendant") and Plaintiff GreatGigz Solutions, LLC's ("Plaintiff") have reached a settlement agreement.  The parties respectfully request all deadlines be stayed for 21 days to allow for certain actions to be taken pursuant to the settlement agreement, which will then result in a dismissal of this case.  This motion is not made for delay, but only to permit orderly resolution.

Counsel for Defendant has conferred with counsel for Plaintiff, and the parties agree to the relief requested in this motion

**Defendant's Agreed Motion to Stay All Deadlines Pending Settlement – Page 1**

Dated: January 4, 2021

Respectfully submitted,

By: /s/ Rex A. Mann
Rex A. Mann
Texas Bar No. 24075509
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Fax No.: (214) 453-6400
rmann@winston.com

Kathi Vidal *(Admitted Pro Hac Vice)*
California Bar No. 194971
WINSTON & STRAWN LLP
275 Middlefield Road Suite 205
Menlo Park, California 94025
Telephone: (650) 858-6500
Fax No.: (650) 858-6550
kvidal@winston.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 4, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Rex A. Mann
Rex A. Mann