# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**DOORDASH, INC.**<br><br>Defendant | Case No. 6:20-cv-00764 |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff GreatGigz Solutions, LLC and Defendant DoorDash, Inc. hereby move for an order dismissing all claims in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), and according to the terms of the Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

<div style="column-count:2">

*/s/ Kathi Vidal*

Rex A. Mann
Texas Bar No.: 24075509
**Winston & Strawn LLP**
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Fax No.: (214) 453-6400
rmann@winston.com

Kathi Vidal *(Admitted Pro Hac Vice)*
California Bar No.: 194971
**Winston & Strawn LLP**
275 Middlefield Road Suite 205
Menlo Park, California 94025
Telephone: (650) 858-6500
Fax No.: (650) 858-6550
kvidal@winston.com

**ATTORNEYS FOR DEFENDANT DOORDASH INC.**

*/s/ Thomas Fasone III*

M. Scott Fuller
Texas Bar. No. 24036607
sfuller@ghiplaw.com
Thomas G. Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com

**GARTEISER HONEA PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (888) 908-4400

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF GREATGIGZ SOLUTIONS, LLC**

</div>